# United States District Court
## Southern District of Georgia
### Augusta Division

**FILED U.S. DISTRICT COURT AUGUSTA DIV.**
**2007 OCT 29 PM 3:37**
**CLERK** _____
**SO. DIST. OF GA.**

ORIGINAL

CYNTHIA HIGHTOWER and
WILLIAM HIGHTOWER

\*

CASE NUMBER  CV 107-114

VS

ALLSTATE FIRE & CASUALTY
INSURANCE COMPANY

\*

\*

\*

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

SO ORDERED, this ___29___ day of _____October_____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA